RECEIVED

FEB - 7 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# JURY INTERROGATORIES

## JONES ACT

1. Was **Delmar** negligent with regard to the accident of October 22, 2002?

Yes ✓ No ______

**Instruction A: If you answered "No" to question 1, proceed to question 2; do not answer question 1(a). If you answered "Yes" to question 1, answer question 1(a).**

1(a). Was this negligence a cause, in whole or in part, of injury to Robert Theodile?

Yes ✓ No ______

## UNSEAWORTHINESS

2. Was **Alpha Marine's** vessel, the GARY CHOUEST, unseaworthy on October 22, 2002?

Yes ______ No ✓

**Instruction B: If you answered "No" to question 2, proceed to Instruction C; do not answer question 2(a). If you answered "Yes" to question 2, answer question 2(a) and then proceed to Instruction C.**

2(a). Was the unseaworthiness a proximate cause of injury to Robert Theodile?

Yes ______ No ______

**Instruction C:**

**If the answers to questions 1 and 2 are BOTH "No",**

**OR if the answers to questions 1(a) and 2(a) are BOTH "No", then**

**Have the foreperson date and sign this form and return it to the Court; do not answer any further questions.**

**Otherwise, proceed to question 3.**

## CONTRIBUTORY NEGLIGENCE

3. Was **Robert Theodile** negligent with regard to the accident of October 22, 2002?

Yes ✓ No ____

**Instruction D: If you answered "No" to question 3, proceed to question 4; do not answer questions 3(a) or 3(b). If you answered "Yes" to question 3, answer question 3(a) & 3(b).**

3(a). With regard to the Jones Act, was **Robert Theodile's** negligence a cause, in whole or in part, of his injury?

Yes ✓ No ____

3(b). With regard to Unseaworthiness, was **Robert Theodile's** negligence a proximate cause of his injury?

Yes ____ No ✓

## ALLOCATION OF FAULT

4. What percentage of **fault**, if any, is attributable to the following parties?

**Instruction E: Percentages must add up to 100%. If you attributed no fault to a particular party, you must put a zero (0) beside the name of the party to whom you attributed no fault.**

| | |
|---|---|
| **Delmar** | 70 % |
| **Alpha Marine** | 0 % |
| **Robert Theodile** | 30 % |

[Percentages must add up to 100%.]

**Instruction F: Proceed to question 5.**

## DAMAGES

5. What is the total amount of **damages**, if any, Robert Theodile sustained.

| | |
|---|---|
| Past medical expenses | $ 24,000 |
| Future medical expenses | $ 126,000 |
| Lost income to date | $ 124,000 |
| Future loss of income and earning capacity | $ 624,000 |
| Pain and suffering, past and future | $ 750,000 |
| Mental anguish, past and future | $ 500,000 |
| Total | $ 2,148,000 |

Lafayette, Louisiana, February 7th, 2007.

Jury Foreperson