RECEIVED
MAR 1 5 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT THEODILE | * | CIVIL ACTION NO. CV03-1844 |
| VERSUS | * | JUDGE DOHERTY |
| DELMAR SYSTEMS, INC., EDISON CHOUEST OFFSHORE, L.L.C., CHOUEST OFFSHORE SERVICES, L.L.C., AND SHELL OIL COMPANY | * | MAGISTRATE JUDGE HILL |
| | * | **JURY TRIAL** |

---

**JUDGMENT**

This action came on for trial before a jury for damages against Delmar Systems. Inc. under the Jones Act, and against Alpha Marine Services, L.L.C. under the general maritime law for unseaworthiness, and the issues having been duly tried and the jury having rendered its verdict on February 7, 2007,

IT IS ORDERED AND ADJUDGED that in accord with the jury's verdict, Robert Theodile recover damages under the Jones Act from the defendant, Delmar Systems, Inc., in the amount of One Million Five Hundred Three Thousand Six Hundred dollars and no/100ths ($1,503,600.00), with interest thereon at the rate provided by law, and plaintiff's costs of this action;

IT IS FURTHER ORDERED AND ADJUDGED that in accord with the jury's verdict, Robert Theodile recover no damages under the general maritime law for unseaworthiness against Alpha Marine Services, L.L.C.;

This action also came on for trial before the court against Delmar System, Inc. for maintenance and cure, and the issues being duly tried and the Honorable Rebecca F. Doherty, United States District Judge, having rendered her verdict on March 12, 2007;

IT IS FURTHER ORDERED AND ADJUDGED that in accord with the court's verdict, Robert Theodile recover past maintenance from Delmar Systems, Inc. in the amount of Twenty Four Thousand Five Hundred dollars and no/100ths ($24,500.00) with interest thereon at the rate provided by law and plaintiff's costs of this action, with future maintenance owed by Delmar Systems, Inc. at the rate of Twenty dollars and no/100ths ($20.00) per day until he reaches maximum medical improvement, and recover past cure from Delmar Systems, Inc. in the amount of Seven Thousand Five Hundred Ninety Four dollars and 75/100ths ($7,594.75) with interest thereon at the rate provided by law and plaintiff's costs of this action, that Delmar Systems, Inc. receive a credit against future cure in the amount of Eighty Eight Thousand Two Hundred dollars and no/100ths ($88,200.00), and that Robert Theodile recover no amount in compensatory damages or attorneys fees for failure to pay maintenance and cure.

Dated at Lafayette, Louisiana, this 15 day of February, 2007.

Judge, United States District Court

Approved as to form:

Gregory Dupuy, Bar #1052
Dupuy & Dupuy
Suite 1000
111 Veterans Memorial Blvd.
Metairie, LA 70005
Phone: 504-831-4833
Fax: 504-831-3774

Attorney for Plaintiff,
ROBERT THEODILE

Approved as to form:

Louis Simon, II - Bar #12281
Frank X. Neuner, Jr. - Bar #07674
Brandon W. Letulier - Bar #28657
One Petroleum Center
1001 W. Pinhook Rd., Suite 200
P.O. Box 52828
Lafayette, LA 70505-2828
Telephone: (337) 237-7000
Facsimile: (337) 233-9489

Attorney for Defendants,
DELMAR SYSTEMS, INC., AND
ALPHA MARINE SERVICES, L.L.C.